**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-1206**

———————————

KEVIN S. BROWN,

Plaintiff - Appellant,

versus

BALTIMORE GAS AND ELECTRIC COMPANY; BALTIMORE
GAS AND ELECTRIC LONG-TERM DISABILITY PLAN,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-95-
3445-L)

———————————

Submitted: June 19, 1997          Decided: June 27, 1997

———————————

Before WILKINS and MICHAEL, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Kevin S. Brown, Appellant Pro Se. Luther Ellis Justis, Jr.,
Constance F. Smith, BALTIMORE GAS & ELECTRIC COMPANY, Baltimore,
Maryland, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting summary judgment to his former employer in an action for disability benefits and the order denying his motion for reconsideration, under Fed. R. Civ. P. 60(b). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Brown v. Baltimore Gas & Elec. Co., No. CA-95-3445-L (D. Md. Dec. 10, 1996 & Jan. 23, 1997). We deny Appellant's motion to expedite and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED